# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: Anthony Johnson | ) | Case no. 20-15335 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Deborah L. Thorne |
| | ) | |

Anthony Johnson  
59 Wingate Ct  
Oswego, IL  60543

VW LAW LLC  
1755 Park St #200  
Naperville, IL 60563

## NOTICE OF MOTION

Please take notice that on Thursday, June 13, 2024 at 9:30 am, a representative of this office shall appear before the Honorable Judge Deborah L. Thorne, or any judge sitting in that judge's place, either in Courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604 or electronically as described below and present the Trustee's motion a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet,** use this link:  https//www.zoomgov.com/join.  Then enter the meeting ID.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID.

**Meeting ID.**  The meeting ID for this hearing is **160 9362 1728.**  The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

Glenn Stearns, Chapter 13 Trustee  
801 Warrenville Road, Suite 650  
Lisle, IL  60532-4350  
Ph:  (630) 981-3888

/s/ Gerald Mylander  
For:  Glenn Stearns, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Anthony Johnson | ) | Case no. 20-15335 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Deborah L. Thorne |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Benjamin Ruggles,

☐ an attorney, certify

or

[X] a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown below at the address shown and by the method indicated on May 28, 2024 at 5:00p.m. .

VW LAW LLC                                                via CM/ECF
1755 Park St #200
Naperville, IL 60563


Anthony Johnson                                           U.S. mail
59 Wingate Ct
Oswego, IL  60543


Glenn Stearns, Chapter 13 Trustee                         /s/ Benjamin Ruggles
801 Warrenville Road, Suite 650                           For: Glenn Stearns, Trustee
Lisle, IL  60532-4350
Ph: (630) 981-3888

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Anthony Johnson | ) | Case no. 20-15335 |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Judge: Deborah L. Thorne |
| | ) | |

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on August 08, 2020.
2. The debtor's plan was confirmed on November 06, 2020.
3. Initial plan term: 60 Months.
4. Months since petition filed: 45.
5. Report date: May 28, 2024.

A Summary of the debtor's plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $610.00 | Last Payment Received: | May 02, 2024 |
| Amount Paid: | $20,435.80 | Amount Delinquent: | $1,911.90 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

/s/  Gerald Mylander
For:  Glenn Stearns, Trustee